# United States District Court
## Western District of North Carolina
### Charlotte Division

| | | |
|---|---|---|
| Obadiah Doctor**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00529-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| David Mitchell | ) | |
| Kevin Ingram | | |
| Prison Health Service Manager | | |
| FNU McClamrock | | |
| J. Bennett**,** | | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 10, 2018 Order.

May 10, 2018

Frank G. Johns, Clerk
United States District Court